UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT JARRETT, <br><br> Plaintiff, <br><br> v. <br><br> CLIENT SERVICES, INC., <br><br> Defendant. | Case No. 4:18-cv-00624 <br><br> Honorable Judge David Hittner |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DWIGHT JARRETT ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal, with prejudice, within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 17th day of April, 2018.

Respectfully submitted,

*s/ Omar T. Sulaiman*
Omar T. Sulaiman, Esq.
Counsel for Plaintiff
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Lombard, Illinois 60148
(630) 575-8181 x108 (phone)
(630) 575-8188 (fax)
osulaiman@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*_____
Omar T. Sulaiman